UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

AUG 0 1 2002

Michael N. Milby, Clerk

# MOTION AND ORDER
# FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Case Number | 02-CV-2789 |
|---|---|---|---|

| BRIDESAVE.COM, L.L.C. |
|---|
| *versus* |
| MAGGIE SOTTERO DESIGNS, L.L.C., et al. |

This lawyer, who is admitted either to the State Bar of Texas or to another federal district court:

| Name | CHRISTOPHER GONZALEZ |
|---|---|
| Firm | PEREZ GONZALEZ, A Prof. Law Corp. |
| Street | 101 N. Brand Blvd., Suite 1830 |
| City & Zip Code | Glendale, CA 91205 |
| Telephone | 818-550-7979 |
| Licensed: State & Number | California, 174455 |
| Admitted U.S. District Court for: | Central District of California |

Seeks to appear as the attorney for this party:

| VICTORIA'S BRIDAL COLLECTION, A DIVISION OF BRIDMAX, INC. |
|---|

| Dated: 07/31/2002 | Signed: *Christopher Gonzalez* |
|---|---|

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

AUG 0 7 2002

MICHAEL N. MILBY, CLERK

## ORDER

This lawyer is admitted *pro hac vice*.

Signed on *August 6*, 2002.  _____
United States District Judge

16